UNITED STATES BANKRUTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:

GREGORY JONES,   CHAPTER 13

  Debtor(s).   CASE NO. 18-23090-E

SSN: xxx-xx-0851

MOTION TO APPROVE LOAN MODIFICATION AND
TO MODIFY CHAPTER 13 PLAN
(Please Expedite)

COME(S) NOW THE DEBTOR(S), GREGORY JONES, and would show unto this Honorable Court the following:

1. That the Debtor(s) filed this Chapter 13 petition on April 11, 2018, and that said plan has not yet been confirmed;

2. The debtor(s) have contacted the mortgage company, Caliber Home Loans , with the intent to negotiate a loss mitigation/modification of his mortgage loan, or a refinancing.  The Debtor(s) have negotiated a loan modification in which the monthly note will be paid directly to Caliber Home Loans beginning June, 2018.

WHEREFORE, the Debtor moves the Court to approve the loan modification, and to modify the Chapter 13 plan to delete the monthly ongoing mortgage payment, along with arrearage and monthly arrearage disbursement, and to make any adjustment to the Chapter 13 plan as deemed necessary, including the reduction of the debtor's payroll deduction.

                Respectfully submitted,

                /s/Steven F. Bilsky
                Steven F. Bilsky #7152
                Attorney for the Debtor
                44 N. Second Street, Suite 505
                Memphis, TN 38103
                901-525-6692

### CERTIFICATE OF SERVICE

I, STEVEN F. BILSKY, do hereby certify that I have sent a copy of the foregoing Motion to Approve Loan Modification and Amend the Chapter 13 Plan by U. S. Mail, to Caliber Home Loans, ATTN: Loss Mitigation, 13801 Wireless Way, Oklahoma City, OK 73134, the Debtor, and the Chapter 13 Trustee, this 21st day of May, 2018.
.

                /s/Steven F. Bilsky