**Dated: June 06, 2018**
**The following is SO ORDERED:**

George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

_____

In re

GREGORY JONES

    Debtor

Case No:  18-23090-GWE

Chapter:  13

_____

CONSENT ORDER AMENDING PLAN AS TO
SHELBY COUNTY FEDERAL CREDIT UNION

_____

      It appearing to the Court that Shelby County Federal Credit Union shall be included through

the plan on the claim filed for $155.97, secured to receive 6.5 percent interest, and a payment of

$5.00 per month.  This shall not increase the debtor's plan payments.

      IT IS, BY CONSENT, SO ORDERED.


APPROVED:

/s/Steven F. Bilsky
Attorney for Debtor

/s/ David E. Drexler
Prepared by:
DAVID E. DREXLER (13220)
ATTORNEY FOR CREDITOR
150 COURT AVENUE
MEMPHIS, TENNESSEE  38103
(901) 528-1111
ddrexler@stonehiggsdrexler.com

  /s/ Sylvia F. Brown
Chapter 13 Trustee

 15-05329-0

## **CERTIFICATE OF SERVICE**

**Please serve these parties:**

**DEBTOR**

**DEBTOR ATTORNEY**

**TRUSTEE**

 **Shelby County Federal Credit Union, 150 Washington Avenue, Ste 302, Memphis, TN 38103**