**Dated: June 14, 2018**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| IN RE: | |
| GREGORY JONES, | Chapter 13 |
| Debtor(s). | Case No. 18-23090-E |
| SSN: xxx-xx-0851 | |

### ORDER APPROVING LOAN MODIFICATION
### AND MODIFYING PLAN

THIS CAUSE CAME ON TO BE HEARD before the Honorable George W. Emerson, Jr., U.S. Bankruptcy Judge, upon notice and opportunity to be heard to all interested parties, and without opposition.

IT APPEARING TO THE COURT that the debtor's Motion to Approve A Loan Modification and Modifying Plan is well taken, and shall be granted, and that the debtors have entered into a loan modification agreement for the first mortgage with Caliber

Home Loans for the property located at 4069 Double Tree, Memphis, TN 38109, and that the loan has been made current by the modification , and that the debtors shall pay the first mortgage payments outside of the plan beginning with the June, 2018 payment. The ongoing mortgage payment for the first mortgage, along with the arrearage payment, shall be deleted from the plan, and the plan payments reduced accordingly by the Chapter 13 Trustee.

Approved:

/s/Steven F. Bilsky_____
Steven F. Bilsky  #7152
Attorney for Debtor
44 N. Second Street, Suite 505
Memphis, TN  38103
(901) 525-6692 fax (901)525-1743
sfblaw@aol.com

   /s/ Sylvia F. Brown
   Chapter 13 Trustee
Chapter 13 Trustee

cc:
Debtor
Debtor's Attorney
Case Trustee
Caliber Home Loans